**Michael A. WILLIAMS, Plaintiff–Appellant,**

v.

**James E. LYLES, Trooper First Class; Kenny L. Brown, Senior Trooper; Kyle L. Dungee, Trooper First Class, Defendants–Appellees,**

and

**State of Maryland, Defendant.**

No. 12–7046.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

---

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).

Michael A. Williams, Appellant Pro Se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Maryland,* No. 1:11–cv–02972–WDQ, 2012 WL 2045860 (D. Md. June 5, 2012). We deny Williams's motions for appointment of counsel and to compel the production of records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*